FILED

Feb 13 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ JenniferS  DEPUTY

NUNC PRO TUNC
2/11/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JEFFERY LEE MOURNING,
446 ALTA RD., STE. 5300
SAN DIEGO, CA, 92158,

    PLAINTIFF,

-Versus-

WILLIAM G. GORE, SHERIFF,
1173 FRONT ST., SAN DIEGO,
CA 92101, AND
SECURUS TELEPHONE CO.,
P.O. BOX 1089, ADDISON,
TEXAS 75001,

    DEFENDANTS

CASE NO.: 3:18-CV-00245

CIVIL ACTION

MOTION PURSUANT TO AMEND.

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CA 92101

DEAR SIR(S)/MADAM:

    PLEASE TAKE NOTICE THAT ON FRIDAY, MARCH 1, 2019, AT 9:00 O'CLOCK IN THE FORENOON, OR AS SOON THEREAFTER AS CAN BE HEARD THE UNDERSIGNED WILL MOVE THE U.S. DISTRICT COURT, BEFORE THE HONORABLE WILLIAM Q. HAYES, FOR AMEND COMPLAINT AGAINST THE DEFENDANTS AS SET-FORTH IN THE ORIGINAL AND AMENDED COMPLAINT.

    WHEREFORE, PLAINTIFF BELIEVES HE IS ENTITLED TO THE REQUESTED RELIEF AND PRAYS THE HONORABLE WILLIAM Q. HAYES WILL GRANT THE SAME, OR SUCH OTHER AND

RE: MOTION FOR SUMMARY JUDGMENT
PAGE 2

FURTHER RELIEF AS TO THIS COURT MAY BE DEEMED APPROPRIATE AND JUST.

DATED: FEBRUARY 4, 2019    By: *Jeffrey Lee Mourning*
                               JEFFERY L. MOURNING

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JEFFERY LEE MOURNING,
446 ALTA ROAD STE 5300
SAN DIEGO, CA 92158,
          PLAINTIFF,

          -vs-

WILLIAM G. GORE, SHERIFF,
1173 FRONT STREET,
SAN DIEGO, CA 92101, &
SECURUS TELEPHONE CO.,
P.O. BOX 1109, ADDISON, TX,
75001,
          DEFENDANTS,

CASE NO.: 3:18-CV-02245
WQH-RBM

CIVIL ACTION

MOTION TO AMEND THE COMPLAINT, AND SUPPORTING CERTIFICATION

I, JEFFERY LEE MOURNING, PRO SE, DOES HEREBY CERTIFY THAT:

1. I AM THE PLAINTIFF NAMED HEREIN AND AM FULLY FAMILAR WITH THE FACTS OF THIS CASE.

2. THIS MOTION TO AMEND IS MADE IN GOOD-FAITH AND NOT FOR DELAY OR CONFUSION. RATHER, THE INTERESTS OF JUSTICE AND FUNDAMENTAL FAIRNESS REQUIRES THAT I MAKE THIS MOTION AT THIS TIME.

3. THE ORIGINAL COMPLAINT DID NOT HAVE INCLUDED THEREIN A DEMAND FOR MONETARY DAMAGES. THEREFORE, PLAINTIFF SEEKS AN ORDER ALLOWING HIM TO AMEND SECTION VIII, PAGE 9, 10, & 11 OF THE ORIGINAL COMPLAINT AS FOLLOWS:

RE: MOTION TO AMEND COMPLAINT
PAGE 2. (SUPPLEMENTAL)

## VIII. RELIEF

PLAINTIFF REPEATS AND MAKES A PART HEREOF THE INCORPORATION OF: THE STATEMENT OF FACTS SECTION PAGE 6, PARAGRAPH 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 & 16 AS IF MORE FULLY SET FORTH AT LENGTH WITH SPECIFICITY, AND AMENDS AS FOLLOWS:

17. PLAINTIFF DEMANDS THE FOLLOWING COMPENSATORY DAMAGES FROM EACH DEFENDANT IN THE AMOUNT OF $75,000.00 (SEVENTY-FIVE THOUSAND DOLLARS).

18. PLAINTIFF DEMANDS THE FOLLOWING PUNATIVE DAMAGES FROM EACH DEFENDANT IN THE AMOUNT OF $75,000.00 (SEVENTY-FIVE THOUSAND DOLLARS FOR CAUSING PLAINTIFFS' INABILITY TO GAIN ACCESS TO HIS PROPERTY (INCOME) TO POST BOND AND OBTAIN AN ATTORNEY OF HIS CHOOSING.

19. TREBBLE DAMAGES AGAINST EACH DEFENDANT FOUND TO HAVE ACTED IN BAD-FAITH BY NOT ALLOWING PLAINTIFF TO CONTACT THE OFFICE OF VETERANS AFFAIRS OR JIM LOVELL, SW ALLOWING PLAINTIFF ACCESS TO HIS MONTHLY VETERANS PENSION ENABLING PLAINTIFF TO POST BOND.

20. PLAINTIFF SEEKS TO HAVE THIS COMPLAINT

RE: MOTION TO AMEND COMPLAINT
PAGE 3

CERTIFIED AS A CLASS ACTION IN RESPECT TO CLASS OF DISABLED AMERICAN VETERANS SIMULARLY SITUATED WHO COLLECT INCOMES FROM THE UNITED STATES TREASURY DEPARTMENT AS NON-SERVICE CONNECTED AND SERVICE CONNECTED VETERANS, AND THAT THIS CASE BE APPOINTED TO THE AMERICAN CIVIL LIBERTIES UNION FOR REPRESENTATION.

WHEREFORE, PLAINTIFF BELIEVES THAT INDIVIDUALLY HE IS ENTITLED TO AMEND THIS COMPLAINT FREELY, AND THAT THIS MATTER SHOULD BE TURNED OVER TO AN ATTORNEY OR A.C.L.U. TO PROTECT THE INTEREST OF THE CLASS AS AFOREMENTIONED.

DATED: FEBRUARY 3, 2019     By: /s/ Jeffery Lee Mourning
                                 JEFFERY L. MOURNING

I CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. I FURTHER CERTIFY THAT IF THE FOREGOING STATEMENTS ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

DATED: FEBRUARY 3, 2019     /s/ Jeffery Lee Mourning
                                JEFFERY L. MOURNING

CERTIFICATE OF SERVICE

I, JEFFERY LEE MOURNING, did, on this 5th day of February, 2019, serve the below listed document(s) on the below listed persons, by United States First Class Mail, w/ postage prepaid thereon:

SERVED ON:

    WILLIAM G. GORE, SHERIFF
    1173 FRONT STREET
    SAN DIEGO, CA 92101, AND ON
    (NOT ABLE TO OBTAIN COPY)

    SECURUS TELEPHONE COMPANY
    P.O. BOX 1109
    ADDISON, TEXAS 75001
    (NOT ABLE TO OBTAIN COPY)

DOCUMENT NEEDED TO BE SERVED BUT REFUSED COPIES, SEE EXHIBIT A, & B.

    MOTION FOR SUMMARY JUDGMENT

DATED: FEBRUARY 4, 2019   /S/ Jeffery L. Mourning
                                  JEFFERY L. MOURNING



**San Diego County**
**SHERIFF'S DEPARTMENT**
**INMATE REQUEST** *(PETICION DEL RECLUSO)*

Counselor

2-C-107-21T

**SECTION I**  Complete the following information: *(Llene la siguiente informacion)*

**Facility:** ☐ SDCJ  ☐ FAC8  ☐ EMRF  ☑ GBDF  ☐ LCDRF  ☐ SBDF  ☐ VDF
*(Carcel)*

**Name:** MOURNING, JEFFERY LEE
*(Nombre)*

**Booking #:** 181444    **Date of Birth:** AUGUST 31, 1957    **Housing Unit:** 2C-107
*(Número)*                *(Fecha de Nacimiento)*                *(Unidad)* 15-B

**SECTION II**  Refer to instructions on the back of this form.
*Refiere se a las instrucciones al revez de este formulario.*

**I have a Request for the following:**
*(Tengo una petición a lo siguiente):*

I have completed a motion & need (3) copies of said motion to send to the court. If I do not make the copies the Court will consider my motion as an Ex Parte communication and will not act on it accordingly.
I have money on my Inmate Acct. to pay for the copies. Thank You
The copies are so all parties will be served

**Signature:** Jeffrey Lee Mourning    **Date and Time:** Jan. 4, 2019 (8:45 pm)
*(Firma)*                                *(Fecha y hora)*

**SECTION III**    **RESPONSE BY DETENTION FACILITY STAFF ONLY**

**Forwarded to:** _____  **Date:** _____  **Time:** _____

Unfortunately counseling is unable to provide and make copies. You may want to have someone in the community assist you.

**Completed by:** 5972    **Date:** 1-14-19

J-21 (REV 01/15) FRONT                    Exhibit A & B



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
*QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☐ SDCJ   ☑ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From / De: MOURNING, JEFFERY LEE    Booking Number: 18144430    Housing Unit: 2C-107

Grievance is about: ☑ Jail Procedures   ☐ Jail Conditions   ☐ Medical   ☐ PREA   ☐ Other

Date and Time of Incident: Ongoing 1/5/19

Describe the reason for your grievance in your own words:

I have requested copies of a legal motion I am filing w/ the court but I need the copies to do that. The lack of concern in this matter, when I have money to pay for the copies, is denying me court access. Would you please look into this because I have already bought the envelopes and postage to send this motion out.

Inmate Signature: [signed] Jeffrey Lee Mourning    Date: 1/10/2019

JAN 1 1 2019

**THIS BOX IS FOR OFFICIAL USE ONLY**

Received by: [signature]   ARJIS #: 5382   Date: 1/11/19   Time: 0050

Entered in JIMS: ___ Date ___ Time ___ JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
  ☐ It is an appeal of discipline—JIMS Incident # ___ JIMS Appeal Hearing # ___
  ☐ It is a complaint against staff—JIMS Incident # ___ (Refer to Detentions P&P Section N.1)
  ☐ It is an inmate request—respond in writing below.

Response to Inmate Request: sent to House deputy

Exh. B.

J-22 (Rev 1/15)   Original goes to booking jacket   Copy goes to inmate after being signed by staff member



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## QUEJA/APELACION DE LA DISCIPLINA DE PRESO

☐ SDCJ  ☒ GBDF  ☐ EMRF  ☐ LCDRF  ☐ SBDF  ☐ VDF  ☐ FAC8

From / De: MORNING JEFFERY LEE   Booking Number / Número de ficha: 18144430   Housing Unit / Unidad de alojamiento: 2C-107

Grievance is about / La queja es acerca:  ☒ Jail Procedures / Procedimientos de la Cárcel   ☐ Jail Conditions / Condiciones de la Cárcel   ☐ Medical / Médico   ☐ PREA   ☐ Other / Otro

Date and Time of Incident / Fecha y hora del incidente: Ongoing 1/5/19

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)

I have requested copies of a legal motion I am filing with the court but I need the copies to do that. The lack of concern in this matter when I have money to pay for the copies is denying me access. Would you please look into this because I have already bought the envelopes and postage to send this motion out. props. 1/4/19

Inmate Signature / Firma de Preso: [signature]   Date / Fecha: 1/8/2019

---

THIS BOX IS FOR OFFICIAL USE ONLY
Esta caja es para el uso oficial solamente.

Received by: [signature]   ARJIS #: 6382   Date: 1/11/19   Time: 0850

Entered in JIMS: ____ Date ____ Time ____ JIMS Grievance Number ____

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
  ☐ It is an appeal of discipline—JIMS Incident # ____ JIMS Appeal Hearing # ____
  ☐ It is a complaint against staff—JIMS Incident # ____ (Refer to Detentions P&P Section N.1)
  ☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request: sent to House deputy

[signature]

J-22 (Rev 1/15)   Original goes to booking jacket   Copy goes to inmate after being signed by staff member

