# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY LEE MOURNING, <br><br> Plaintiff, <br> v. <br> WILLIAM GORE, et al., <br><br> Defendant. | CASE NO. 18cv2245-WQH-RBM <br><br> **ORDER** |

HAYES, Judge:

The matter before the Court is the review of the Report and Recommendation issued by the United States Magistrate Judge (ECF No. 12) recommending that Plaintiff's Motion for Summary Judgment (ECF No. 6) be denied; Plaintiff's Motion for Leave to Amend (ECF No. 8) be granted; Plaintiff's Request for Class Certification (ECF No. 8) be denied; and Plaintiff's Motion to Appoint Counsel (ECF No. 10) be denied.

The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b). The district judge must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b). The district court need not review de novo those portions of a

1  Report and Recommendation to which neither party objects. *See Wang v. Masaitis*, 416
2  F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121
3  (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Federal Magistrates Act]
4  requires a district judge to review, de novo, findings and recommendations that the
5  parties themselves accept as correct.").

No party has filed an objection to the Report and Recommendation. The Court has reviewed the Report and Recommendation, the record, and the submissions of the parties.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 12) is adopted in its entirety except with regard to Plaintiff's deadline for filing an amended complaint. IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 6) is denied without prejudice; Plaintiff's Request for Class Certification (ECF No. 8) is denied; Plaintiff's Motion to Appoint Counsel (ECF No. 10) is denied without prejudice; Plaintiff's Motion for Leave to Amend (ECF No. 8) is granted. Plaintiff shall file an amended complaint, complete in itself without reference to the superseded pleading, within thirty days of the entry of this Order.

DATED: April 25, 2019

**WILLIAM Q. HAYES**
United States District Judge