

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeffery Lee Mourning, Inmate Booking No. 1814430,<br><br>                                **Plaintiff,**<br>V.<br>William Gore Sheriff, Individually and in his official capacity; Securus Telephone Co; John & Jane Does 1 through 10<br><br>                                **Defendant.** | Civil Action No. 18cv02245-WQH-RBM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant Gore's Motion to Dismiss is GRANTED. This civil action is DISMISSED in its entirety without prejudice based on Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) in compliance with the Court's April 25, 2019, Order.

Date: 10/30/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler

M. Exler, Deputy